O'HAGAN SPENCER LLP
Julian G. Senior (SBN 219098)
 E-mail: jsenior@ohaganspencer.com
1600 Rosecrans Ave., Bldg. 5A -- Ste. 250
Manhattan Beach, CA 90266
Phone No.: (310) 727-3330
Fax No.: (310) 727-3331

Attorneys for Defendant
KIA MOTORS AMERICA, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| LISA ROBINSON and KEVIN ROBINSON, <br><br> Plaintiffs, <br><br> vs. <br><br> KIA MOTORS AMERICA, INC., a California Corporation, and Does 1 through 10, inclusive, <br><br> Defendants. | CASE NO.: 2:10-cv-03187-MCE-GGH <br><br> Assigned to:  Hon. Morrison C. England, Jr. <br> Courtroom:    7 <br><br> **STIPULATION TO CONTINUE HEARING ON MOTION FOR SUMMARY ADJUDICATION; ORDER** <br><br> Complaint Filed: October 22, 2010 <br> Trial Date: None Set |
|---|---|

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiffs Lisa Robinson and Kevin Robinson and defendant Kia Motors America, Inc. ("KMA"), by and through their attorneys, hereby agree and stipulate to the following:

/ / /

/ / /

1

1.  KMA's Motion for Summary Adjudication set for March 10, 2011 to be continued until April 7, 2011 at 2:00 p.m. to be heard in Courtroom 7 of the above entitled court.

AGREED TO BY:

DATED: March 2, 2011                O'HAGAN SPENCER LLP


                                    By:   /s/ Julian G. Senior
                                          Julian G. Senior
                                          Attorneys for Defendant
                                          KIA MOTORS AMERICA, INC.


DATED: March 1, 2011                ROMANO STANCROFF & MIKHOV


                                    By:   /s/ Steve Mikhov
                                          Steve Mikhov
                                          Mark Romano
                                          Attorneys for Plaintiffs
                                          LISA ROBINSON and KEVIN
                                          ROBINSON

### ORDER

IT IS SO ORDERED. The hearing on KMA's Motion for Summary Adjudication is hereby continued to April 7, 2011 at 2:00 p.m.

DATE: March 7, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE HEARING ON MOTION FOR SUMMARY ADJUCIATION