1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10  LISA ROBINSON, et al.,

11          Plaintiffs,

12       v.                          CIV. S-10-3187- MCE GGH

13  KIA MOTORS AMERICA, INC.,

14          Defendant.               ORDER

15  _____/

16          Presently before the court is plaintiffs' *ex parte* motion to quash defendant's

17  subpoena for third-party Robinson Construction's telephone records from Pacific Bell and for a

18  protective order and/or modification of defendant's subpoena for plaintiff Lisa Robinson's

19  telephone records from Nextel Communications, filed September 1, 2011.   That same date,

20  plaintiffs also filed an *ex parte* application for an order shortening time to have its motion heard

21  on September 8, 2011 or on the next available hearing date.  Defendant Kia Motors filed an

22  opposition to plaintiff's *ex parte* application.

23          Because the subpoenas call for production by the third-party telephone carriers on

24  September 6, 2011 and in the interests of prompt resolution of this discovery dispute, the court

25  will set an expedited schedule for briefing and hearing on this motion.

26  ////

1

1    Accordingly, IT IS ORDERED that:

2    1.  Plaintiffs' *ex parte* application for an order shortening time, filed September 1,

3    2011, (dkt. # 37), is granted.

4    2.  Plaintiffs' motion to quash and for protective order and/or modification of

5    subpoena, filed September 1, 2011, (dkt. # 34), is specially set so as to be heard on September

6    15, 2011 at 10:00 a.m in Courtroom No. 9 (13th Floor).  The undersigned has determined not to

7    utilize the Local Rule 251 procedure for this motion.

8    3.  Any response to the motion shall be filed by September 8, 2011.

9    4.  Plaintiffs shall file any reply by September 12, 2011.

10    5.  Plaintiffs shall serve a copy of this order on the subpoenaed third parties.

11   DATED: September 6, 2011

12                                    /s/ Gregory G. Hollows
                             UNITED STATES MAGISTRATE JUDGE
13
     GGH/wvr
14   Robinson.3187.ost.wpd

15

16

17

18

19

20

21

22

23

24

25

26

2