# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LISA ROBINSON and KEVIN ROBINSON,**<br><br>Plaintiffs,<br><br>vs.<br><br>**KIA MOTORS AMERICA, INC., a California Corporation, and DOES 1 through 10, inclusive**,<br><br>Defendants. | Case No.:  2:10-cv-03187-MCE-GGH<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO WITHDRAW PLAINTIFFS' MOTION TO QUASH SUBPOENA FOR ROBINSON CONSTRUCTION'S TELEPHONE RECORDS FROM PACIFIC BELL AND FOR PROTECTIVE ORDER AND/OR MODIFICATION OF SUBPOENA FOR LISA ROBINSON'S TELEPHONE RECORDS FROM NEXTEL COMMUNICATIONS**<br><br>Assigned to:  Gregory G. Hollows<br>Courtroom:  9 |

Having considered Plaintiffs' Motion to Withdraw Plaintiffs' Motion to Quash Subpoena for Robinson Construction's Telephone Records from Pacific Bell and for Protective Order and/or Modification of Subpoena for Lisa Robinson's Telephone Records from Nextel Communications, and finding good cause:

IT IS HEREBY ORDERED that Plaintiffs' Motion to Quash Subpoena for Robinson Construction's Telephone Records from Pacific Bell and for Protective Order and/or

-1-

1  Modification of Subpoena for Lisa Robinson's Telephone Records from Nextel
2  Communications, is withdrawn.
3      IT IS HEREBY FURTHER ORDERED that the hearing on Plaintiffs' Motion to Quash
4  Subpoena for Robinson Construction's Telephone Records from Pacific Bell and for Protective
5  Order and/or Modification of Subpoena for Lisa Robinson's Telephone Records from Nextel
6  Communications, scheduled for September 15, 2011 at 10:00 a.m., is vacated.
7      IT IS SO ORDERED.

Dated: September 29, 2011

By:  /s/ Gregory G. Hollows
_____
Gregory G. Hollows
U.S. Magistrate Judge

-2-

ORDER GRANTING PLAINTIFFS' MOTION TO WITHDRAW PLAINTIFFS' MOTION TO QUASH SUBPOENA FOR ROBINSON CONSTRUCTION'S TELEPHONE RECORDS FROM PACIFIC BELL AND FOR PROTECTIVE ORDER AND/OR MODIFICATION OF SUBPOENA FOR LISA ROBINSON'S TELEPHONE RECORDS FROM NEXTEL COMMUNICATIONS