1
2
3
4

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LISA ROBINSON and KEVIN ROBINSON,**<br><br>Plaintiffs,<br><br>vs.<br><br>**KIA MOTORS AMERICA, INC., a California Corporation, and DOES 1 through 10, inclusive**,<br><br>Defendants. | Case No.:  2:10-cv-03187-MCE-GGH<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO WITHDRAW PLAINTIFFS' MOTION TO QUASH SUBPOENA FOR ROBINSON CONSTRUCTION'S TELEPHONE RECORDS FROM PACIFIC BELL AND FOR PROTECTIVE ORDER AND/OR MODIFICATION OF SUBPOENA FOR LISA ROBINSON'S TELEPHONE RECORDS FROM NEXTEL COMMUNICATIONS**<br><br>Assigned to:  Gregory G. Hollows<br>Courtroom:  9 |

Having considered Plaintiffs' Motion to Withdraw Plaintiffs' Motion to Quash Subpoena for Robinson Construction's Telephone Records from Pacific Bell and for Protective Order and/or Modification of Subpoena for Lisa Robinson's Telephone Records from Nextel Communications, and finding good cause:

IT IS HEREBY ORDERED that Plaintiffs' Motion to Quash Subpoena for Robinson Construction's Telephone Records from Pacific Bell and for Protective Order and/or

-1-

Modification of Subpoena for Lisa Robinson's Telephone Records from Nextel Communications, is withdrawn.

IT IS HEREBY FURTHER ORDERED that the hearing on Plaintiffs' Motion to Quash Subpoena for Robinson Construction's Telephone Records from Pacific Bell and for Protective Order and/or Modification of Subpoena for Lisa Robinson's Telephone Records from Nextel Communications, scheduled for September 15, 2011 at 10:00 a.m., is vacated.

IT IS SO ORDERED.

Dated: September 29, 2011

By: /s/ Gregory G. Hollows
_____
Gregory G. Hollows
U.S. Magistrate Judge