UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA ROBINSON, et al., | No. 2:10-cv-03187-MCE-GGH |
| Plaintiffs, | |
| v. | ORDER CONTINUING TRIAL |
| KIA MOTORS AMERICA, INC., | |
| Defendant. | |

YOU ARE HEREBY NOTIFIED the September 24, 2012 jury trial is vacated and continued to **April 8, 2013**, at **9:00 a.m.** in Courtroom 7. The parties shall file trial briefs not later than **February 7, 2013.** Counsel are directed to Local Rule 285 regarding the content of trial briefs.

Accordingly, the July 26, 2012 Final Pretrial Conference is vacated and continued to **February 21, 2013**, at **2:00 p.m.** in Courtroom 7. The Joint Final Pretrial Statement is due not later than **January 31, 2013,** and shall comply with the procedures outlined in the Court's March 9, 2011 Pretrial Scheduling Order. The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference.

1 | Telephonic appearances for this hearing are not permitted.
2 |     Any evidentiary or procedural motions are to be filed by
3 | **January 31, 2013.**  Oppositions must be filed by **February 7, 2013,**
4 | and any reply must be filed by **February 14, 2013.**  The motions
5 | will be heard by the Court at the same time as the Final Pretrial
6 | Conference.
7 |     IT IS SO ORDERED.
8 |
  | Dated: October 26, 2011
9 |
10 |                                    _____
11 |                                    MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE