# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA ROBINSON and KEVIN ROBINSON,<br><br>  Plaintiffs,<br><br>  vs.<br><br>KIA MOTORS AMERICA, INC., a California Corporation, and Does 1 through 10, inclusive,<br><br>  Defendants. | CASE NO.: 2:10-cv-03187-MCE-GGH<br><br>Assigned to:  Hon. Morrison C.<br>              England, Jr.<br><br>**CIVIL TRIAL PROTECTIVE ORDER**<br><br>Action Filed: October 22, 2010<br>Removed: November 23, 2010<br>Trial Date: June 29, 2015 |

Defendant Kia Motors America, Inc. has produced documents to Plaintiffs which have been designated as confidential pursuant to a pre-trial protective order (Docket No. 15) ("Designated Document(s)").

///

///

///

///

///

1  If Plaintiffs intend to move a Designated Document into evidence or include a
2  Designated Document in a filing to this Court, Plaintiffs shall serve KMA with
3  notice identifying the Designated Document(s) to be moved into evidence or to be
4  filed with the Court at least 48 hours before the proposed motion or filing.
5      IT IS SO ORDERED.
6  Dated: May 8, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT